LESSEE OF JAMES P. MERRITT *v.* JOHN P. TWEED.

IN error to the District Court of Hamilton county.

RANNEY, C. J. The questions arising in this case, are the same as those presented in the preceding case of *Lessee of Merritt* v. *Horne*, and the decision of that case, therefore, necessarily disposes of this.

*Judgment reversed, and cause remanded.*